Santa Rosa C.I. 2 Dorms Complaint.

Fla Admin code r. 33-601.220    22-6-02-221

The Prison Rape Elimination Act (PREA) and Procedure testified PREA55 for years ago has been ignored and wetted efforts so is the problem. Over the years Grievance of that nature DC6-112c (witness statements, interviews with investigators in Graceville C.I. on July 9 2014 C. Washington and D. Cordova support @ ccm.r.state.fl.us on Santa Rosa on August 14 2014 has continuous unduer institutional scrutiny. On August 20 2019 I reported insidious sex harassment (certain) for a short time later head cue early May 2014 I was transitioning in the Mental Health unit 2 Dormitory 4 at Santa Rosa Correctional Institution. Cell 203 the cell I became victim was approached by Officer Porterfield between 7:00 and 8:00 am. He told me if I wanted outdoor recreation therapy activity I would have to take my clothes off. Standing at the door as much as several seconds in the nude He to told me to take some paper down allegedly plastered above the toilet. I turned at which time he threw me my underwear. He repeatedly told me to take paper down allegedly plastered above the toilet. I turned around and run stood in my underwear on the toilet. Where he was standing lustfully watching me as a sex object to be toyed with in mind. When he realized that his erection was protruding from the inside of his pants he tossed my clothes onto the cell floor and hurried away. See Audiovideo. See example Florida Department of Corrections constructed out-of-cell Activity checklist (DC6-2043 special housing category psomc issue 10/30/18). After I found the strength to report this allegation of sexual sexual harassment staff officials and inmates began to act in concerted, malicious systematic patterns of sexual harassment. On August 17 2019 a slim build Hispanic nurse was passing out morning medication in 2 Dormitory 2 approximately 4:00 and 6:30 am. At cell 106 the cell I was living in the nurse abruptly started yelling to partnerships that I was staring at the officer's crotch standing with her. This disparage closely approximates Reputation calling masculinity into questions? The nurse was an employee of the Department of Corrections and made no attempt to conceal her unprofessionalism. in utter parent surveillance expose victimization and 2 dorm housing officers militates against this policy argument. During the course of these sexual harassment smoke people Dantry #B156496




Began to stalk me in an obsessional Behavior and became increasingly a threat 21:00 hours on September 23 2019. Plinn is observed in B Dormitory 4 staring at me licking his lips in a lustful manner. Shrugging his shoulders outside cell 111 predicting retal violence. See audio video. At the disciplinary investigate report I made a statement according to DC6-112C that I was in fear of his law. The Disciplinary hearing never took place refusing to allow PREA or Protective custody.

More seriously on September 26 2019 shortly after lunch noon here in B Dormitory 4 cell 111 the offect of sexual harrassment made the same harassment threat. Lieutenant Kneel told me if I wanted Group Counseling I would have to take my clothes off. Standing at the door as men as several seconds in the nude he told me to perform with a cavity search. Not only was I in a position so that he could look into my butthole he ~~told me to present~~ was also standing. He was also stating to turn my butthole in numerous positions while my butthole was placed toward his eyesight only to be toyed with. The entire process was monitored by audio visual recording system installed by the Department of Correction training. Like he sexually harrassed me I ~~filed~~ requested Group Counseling. Rape is not part of the penalty.

Excluded me from claiming PREA or Protective custody and isonically it violated ADA standards in Penn Department of Corrections v. Vesker 524 U.S. 206. (1998). Due to the fear of my own safety and protection I signed PREA Protective custody including affidavits with the Inspector General to press criminal charges.

For more information contact:

Mr. Jenner Cleans. Detail Ltd. at
central. classification @ Pd.c MC Florida. com
tel. (850) 488-9854

Ms. Santalbo
Assistant Warden.
Santa Rosa CS
5850 E. Milton rd.   Milton, Fl 32583.

Office of the Inspector General. Florida Department of Corrections.
501 South Calhoun Street Suite 135
Tallahassee Fl. 22399
Fax: (850) 414 D953
www. dc. state. fl. us / ox.info.ib.html

G. Washington
D. Cordura
Investigators
Capital Collateral Regional Counsel
12973 N. telecom Parkway
Temple terrace Fl. 33637.

Mr. Jeffrey Clervis. D## L74974
B   12/18/87   RM.